

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DANIEL H. OLINER
phone: (212) 356-2329
fax: (212) 356-3509
doliner@law.nyc.gov

April 14, 2016

**BY ECF & FACSIMILE**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    <u>Freeman v. The City of New York, et al.</u>
                  15-CV-6097 (JBW) (CLP)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and am assigned to represent defendant City of New York (hereinafter referred to as "Defendant City") in the above-referenced matter. I write on behalf of the parties to respectfully notify the Court that the parties have agreed to settle this matter. The parties are in the process of preparing the necessary paperwork and will forward a Stipulation of Dismissal to the Court as soon as possible, however, in light of the fact that the undersigned will be out of the Office until May 2, 2016, Defendant City respectfully requests that it be permitted to file the Stipulation of Dismissal up to and including May 31, 2016.

        Thank you for your consideration herein.

                                              Respectfully submitted,

                                              /s/

                                              Daniel H. Oliner
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

cc:    Ugo Uzoh, Esq.
       *Counsel for Plaintiff*
       (*via ECF*)